**R+L CARRIERS, INC.,**
**Plaintiff-Appellant**

v.

**MICRODEA, INC., PeopleNet Communications Corporation, DriverTech LLC, Intermec Technologies Corp., Defendants-Appellees**

**PeopleNet Communications Corporation, Plaintiff-Appellee**

v.

**R+L Carriers, Inc., Defendant-Appellant**

**DriverTech LLC, Plaintiff-Appellee**

v.

**R+L Carriers, Inc., Defendant-Appellant**

**R+L Carriers, Inc., Plaintiff-Appellant**

v.

**Intermec Technologies Corp., Defendant-Appellee**

2016-2688, 2016-2689, 2016-2690, 2016-2692

United States Court of Appeals, Federal Circuit.

October 11, 2017

ANTHONY C. WHITE, Thompson Hine LLP, Columbus, OH, argued for appellant. Also represented by PHILIP B SINENENG; STEPHEN BUTLER, SR., Cincinnati, OH; ARTHUR P. LICYGIEWICZ, Cleveland, OH.

JONATHAN S. FRANKLIN, Norton Rose Fulbright US LLP, Washington, DC, argued for all appellees. Appellees Microdea, Inc., PeopleNet Communications Corporation also represented by JAMES GEORGE WARRINER, Austin, TX; RICHARD STEPHEN ZEMBEK, Houston, TX.

SCOTT M. PETERSON, Fabian VanCott, Salt Lake City, UT, for appellee Drivertech LLC. Also represented by PHILIP DANIEL DRACHT.

CARSON P. VEACH, Freeborn & Peters, LLP, Chicago, IL, for appellee Intermec Technologies Corp.

(Dyk, O'Malley, and Wallach, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**